AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

BRIAN SCOTT JONES
DOB: 09/11/1971
PDID: 450-803

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 21, 2006__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

On or about July 21, 2006, within the District of Columbia, the Defendant, Brian Scott Jones, by force, violence and intimidation did take from the person or presence of another, did obtain money, belonging to and in the care, custody, control, management, and possession of the Citbank, 3800 12th Street, Northeast, Washington, DC, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113 (a).

I further state that I am __BRIAN P. JACOB, Special Agent with the FEDERAL BUREAU OF INVESTIGATION (FBI) WASHINGTON FIELD OFFICE__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant
AUSA, MICHAEL LIEBMAN (202) 353-2385            BRIAN P. JACOB, Special Agent
Sworn to before me and subscribed in my presence,   FEDERAL BUREAU OF INVESTIGATION (FBI)

_____                at      __Washington, D.C.__
Date                                         City and State

_____                _____
Name & Title of Judicial Officer               Signature of Judicial Officer