UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Brian P. Jacob, Special Agent (SA) with the Federal Bureau of Investigation (FBI), Washington Field Office (WFO), Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so for over 3 years. I am currently assigned to the Bank Robbery Squad in Washington, D.C., and have been so since December 2005. I have participated in several bank robbery investigations and search warrants, resulting in the convictions of defendants.

2. This affidavit is submitted in support of an arrest warrant for **BRIAN SCOTT JONES**, date of birth xxxxxxx, for Bank Robbery, in violation of 18 U.S.C. 2113(a).

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government. The facts and circumstances of the offense and subsequent identification of the suspect are listed below:

4. On Friday, July 21, 2006, at approximately 11:30 am, a lone black male walked into the Citibank, 3800 12th Street, Northeast, Washington, DC, a federally insured institution, and presented a note which said words to the effect, "Remain calm & follow my instructions & no

one will get hurt. Put 30, $100 dollar bills in an envelope." The teller gave the bank robber $2550, after which the suspect left the bank. The robber left the demand note at Citibank. The note was recovered by the FBI. In addition, Citibank Bank digital video surveillance photographs were obtained and reviewed.

    5. As the robber was exiting the bank, Citibank digital video surveillance captured him approach a Citibank customer who had just completed a transaction and shake his hand. The customer (hereinafter Witness-1 or W-1) had just cashed a check from the Foodbank at the Citibank. W-1 was located at the Foodbank and stated that he knew the individual as BRIAN JONES, that he had known BRIAN JONES for approximately 30 years; they had attended elementary school together and W-1 saw BRIAN JONES occasionally in the area of Taylor Street, NE. W-1 stated that JONES had worked community service at the Foodbank as part of his probation for previous criminal offense.

    6. A Metropolitan Police Department (MPD) database check found **BRIAN SCOTT JONES,** date of birth xxxxxx, social security number xxxxxxxxx, home address xxxxxxxxxx, Washington, DC 20017, fitting the physical description of the robber as seen on the bank's video surveillance system.

    7. On July 24, 2006 W-1 was shown a photograph of **BRIAN SCOTT JONES,** date of birth xxxxxxxxx, social security number xxxxxxxxx, and verified that it was the individual with whom he shook hands outside of the Citibank on July 21, 2006 and whom he knew as BRIAN JONES.

    8. Based on the foregoing, there is probable cause to believe that on or about July 21, 2006, the defendant, **BRIAN SCOTT JONES**, did unlawfully, knowingly and intentionally, rob

the Citibank, 3800 12th Street, Northeast, Washington, DC, in violation of 18 U.S.C. 2113(a).

_____
Brian P. Jacob, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this _____day of  July, 2006

_____
The Honorable
United States Magistrate Judge