06-330-M-01

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES No. 06-330-M-01

Vs.

Brian Jones (Defendant)

TOT

**FILED**
P.D.I.D. No. _____

AUG 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: 8/1/06 @ 1:45 Ctrm No. 7 PH/DH

### COMMITMENT/RELEASE

☑ NO BOND
☐ BOND $ _____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia
Next Court Date: 8/1/06 @ 1:45 ctrm 7 PH/DH

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____

### DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: Tony Miles

Address: _____

Telephone No. 202.208.7500

DEFENDANT'S NAME: _____ --

Address: _____

_____ Telephone No. _____

DEFENDANT'S SIGNATURE: _____

DATE: 7-28-06

_____
JUDICIAL OFFICER PRESIDING

white-court          yellow-usao          Pink-defense

CD-3026/Mar. 03

Case: 2006 FDC 015837

# Superior Court of the District of Columbia

ORDER FOR PAYMENT OF AVAILABLE
PRIVATE FUNDS

| Contribution Order Number |
|---|
| 3764 |

United States of America *(Plaintiff)*          Docket No. _____

vs.

__Jones, Brian__ *(Defendant)*          Lockup No. _ ____

*(Last Name, First Name, Middle Initial)*

This Court finds that funds are available from or on behalf of the above defendant for payment of compensation for expenses of his/her court-appointed counsel; _____
*(Attorney's Name)*

It is therefore ORDERED that such funds in the amount of $ _____ payable in _____ installments of _____ a week by said defendant or _____
*(Parent/Guardian)*
directly to the Superior Court of the District of Columbia, Clerk of the Court, Criminal Finance Office, 500 Indiana Ave, N.W. Room 4203, Washington, D.C. 20001, on or before _____

Dated this __28th__ day of __July__ ,20 __06__

_____
Superior Court Judge/Magistrate Judge

**Payments can be made by:** cash, check or money order (Please reference the *Contribution Order* number on checks & money orders)

White-Court File (Jacket)    Green-Defendant    Canary-Fiscal Officer, D.C. Courts    Pink-DSO

CD-3032/JUL.04

## CJA DEFENDANT ELIGIBILITY RECOMMENDATION

I. NAME: _Jones, Brian_     NO. OF DEPENDENTS: _0_

LOCK-UP NO. _____ DATE: _7-28-06_ CHARGE: _Bank Robbery_

| | | | | |
|---|---|---|---|---|
| LIQUID ASSETS | | (Y) | STD. 5 AMOUNT | $ |
| OTHER ASSETS (1/4 EQUITY) | + $ | | STD. 4 AMOUNT | + $ |
| **GROSS MONTHLY INCOME** | + $ | | FEL. = $ | 1,500 |
| TOTAL AVAILABLE MONTHLY | $ | | MISD. = | 750 |
| | | | OTHER= | 400 |

LESS: MONTHLY EXTRAORDINARY
   MEDICAL OR OTHER EXPENSES — $

MINIMUM
NET AVAILABLE MONTHLY (X)       MONTHLY NEED (Z) $

IF X IS EQUAL OR LESS THAN Y . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ❏ ELIGIBLE

IF X IS MORE THAN Z . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ❏ NOT ELIGIBLE

IF X IS MORE THAN Y BUT LESS THAN Z . . . . . . . . . . . . . . . . . . . . . . . . ☒ ELIGIBLE WITH CONTRIBUTION

---

COMPLETE SECTION II ONLY IF 'ELIGIBLE WITH CONTRIBUTION' IS CHECKED ABOVE.

II. AMOUNT OF CONTRIBUTION.

❏ GROSS MONTHLY FAMILY INCOME IS MORE THAN Y

| | |
|---|---|
| GROSS MONTHLY FAMILY INCOME | $ |
| LESS: MONTHLY EXTRAORDINARY EXPENSES | − |
| SUBTOTAL | $ |
| LESS: STANDARD 5 AMOUNT (Y) | − |
| SUBTOTAL | $ |
| LESS: MONTHLY PAYMENT ON CJA-RELATED LOAN | − |
| SUBTOTAL | $ |
| AVAILABLE FOR MONTHLY CONTRIBUTION | $ |
| TIMES (6 OR FELONIES OR 3 FOR OTHER) | X |
| TOTAL | $ |
| ADD: LIQUID ASSETS | + |
| OTHER ASSETS (1/4) EQUITY | + |
| CONTRIBUTION CAPABILITY (CC) | |

NOTES AND CALCULATIONS:
_Unemployed w/[?]_
_single_
_0 dependents_
_[?]_

STD 4 AMOUNT $

MAX. CONTRIBUTION = ["CC" OR STANDARD 4 AMOUNT (WHICHEVER IS LESS)]    $

(DIVIDE MAXIMUM CONTRIBUTION BY 26 FOR FELONY CASE OR BY 13 FOR ANY OTHER CASE.)

CONTRIBUTION PAYABLE WEEKLY AT $ _____ ₹ WEEK FOR WEEKS.

Sara Childress
Notary Public
District of Columbia
Commission Expires
February 14, 2009

**WARNING:**
YOU MUST REPORT TO THE CRIMINAL JUSTICE ACT OFFICE ANY CHANGE IN FINANCIAL CIRCUMSTANCES, WHICH MIGHT AFFECT YOUR ELIGIBILITY. A FALSE OR DISHONEST ANSWER TO A QUESTION ON THIS FORM MAY BE PUNISHABLE BY FINE UP TO $1,000.00 OR IMPRISONMENT UP TO 1 YEAR, OR BOTH. D.C. CODE §1-2702.

I, the undersigned defendant, parent, or guardian, being duly sworn, depose and swear that the information which I have provided is true to the best of my belief.

DEFENDANT _[signature]_     INTERVIEWER _[signature]_
                                                                                    NOTARY PUBLIC

DISTRIBUTION: WHITE COPY (COURT JACKET); GOLDENROD COPY (APPOINTED COUNSEL); PINK COPY (DEFENDANT COURT JACKET); GREEN COPY (CJA OFFICE)