UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    Mag. No. 06-330M-01 (DAR/AK) |
| | ) |
| **BRIAN SCOTT JONES,** | ) |
| | ) |
| **Defendant.** | ) |

**MOTION TO DISMISS FOR WANT OF PROSECUTION**

The defendant, Brian Scott Jones, through counsel, moves this Court for an order dismissing the complaint in the above-styled case. As grounds in support of this application, defendant would show that he was arrested on July 28, 2006 in this case and was presented to this court on August 1, 2006. On August 1, 2006, a detention hearing was held and Mr. Jones was ordered held for the Grand Jury. Pursuant to 18 U.S.C. §3161(b), an indictment in this case must be filed within 30 days from the date of the defendant's arrest. Thus, the time for filing of the indictment in this case under the Speedy Trial Act expired on August 27, 2006. Since the indictment has not been filed within the time limits of the Speedy Trial Act, 18 U.S.C. §3161(b) requires that the complaint be dismissed.

For the foregoing reasons, it is respectfully requested that the complaint in this case be

dismissed.

        Respectfully submitted,

        A. J. KRAMER
        FEDERAL PUBLIC DEFENDER

        _____"/s/"_____
        Tony W. Miles
        Assistant Federal Public Defender
        625 Indiana Avenue, NW
        Suite 550
        Washington, DC  20004