UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                              CR NO. 06-330M-01 (JMF)

**BRIAN SCOTT JONES,**

    **Defendant.**

**ORDER**

This cause came before the court on the defendant's Motion to Dismiss for Want of Prosecution. The court has reviewed the motion, and being otherwise fully advised in the premises, it is **ORDERED** that the United States show cause in writing by September 29, 2006 why said motion should not be granted.

    **SO ORDERED**.

                                                  _____
                                                  JOHN M. FACCIOLA
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: