UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:06-mj-330-01 (JMF) |
| ) | |
| BRIAN SCOTT JONES, ) | |
| ) | |
| Defendant. ) | |

<u>Government's Response To Defendant's Motion To Dismiss For Want of Prosecution</u>

The United States of America, by and through the United States Attorney for the District of Columbia, hereby responds to defendant Brian Scott Jones's motion to dismiss for want of prosecution.

The government requests, pursuant to Local Criminal rule 57.14(3), that consideration of the defendant's motion be transferred to the Chief Judge, as a determination of the motion necessarily relates to proceedings before the grand jury.

                Respectfully submitted,

                KENNETH L. WAINSTEIN
                United States Attorney

by: _____
     Michael C. Liebman
     Assistant United States Attorney
     D.C. Bar No. 479562
     555 Fourth Street, N.W., room 4231
     Washington, D.C.  20530
     (202) 353-2385
     michael.liebman@usdoj.gov