```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**      :
                                  :  **No. 1:00-mj-330**
    **V.**                           :
                                  :
**BRIAN SCOTT JONES**              :

    <u>Government's Notice of Appearance and Assignment</u>

The United States of America, by and through the United States Attorney for the District of Columbia, hereby enters the appearance of Michael C. Liebman, on behalf of the United States, and gives notice to the Court that the above matter is now assigned to Mr. Liebman.

                    Respectfully submitted,

                    KENNETH L. WAINSTEIN
                    UNITED STATES ATTORNEY

      by:  _____
           Michael C. Liebman
           Assistant United States Attorney
           D.C. Bar No. 479562
           555 Fourth Street, N.W., room 4231
           Washington, D.C.  20530
           michael.liebman@usdoj.gov
           353-2385