UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-330M (DAR) |
| | : | |
| v. | : | |
| | : | |
| BRIAN SCOTT JONES | : | |
| | : | |
| Defendant | | |

## NOTICE OF FILING

The United States Attorney informs the Court that filed herewith is a Notice to withdraw and terminate document number 11 Notice of Substitution of Counsel and United States Attorney Jean Sextons name from the above case that was submitted in error on October 30, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

_____
Jean Sexton
Assistant United States Attorney
555 4th Street, N.W.  #4239
Washington, DC 20001
(202) 305-1419